Case 9:23-cv-00052-DLC   Document 5   Filed 05/12/23   Page 1 of 4

FILED
06/10/2020
*Shirley Faust*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Maria Cassidy
DV-32-2020-0000644-PI
Larson, John W
1.00

William A. Rossbach
ROSSBACH LAW, P.C.
401 North Washington St.
P.O. Box 8988
Missoula, Montana 59807-8988
Telephone: (406)543-5156
Email: bill@rossbachlaw.com

Spencer T. MacDonald
MacDONALD LAW OFFICE, PLLC
234 East Pine Street
P.O. Box 9222
Missoula, Montana 59807-9222
Telephone: (406)728-8899
Email: stm@bigsky.net

Attorneys for Plaintiff

## MONTANA FOURTH JUDICIAL DISTRICT COURT

## MISSOULA COUNTY

| OLIVIA HOCKENBROCH,<br>Plaintiff,<br>vs.<br>TRUDY ZIMMER and JANE/JOHN DOES A-Z,<br>Defendants. | Dept. No. _____<br>Cause No. DV-20-_____<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |
|---|---|

The Plaintiff, Olivia Hockenbroch (Olivia), through counsel, for her Complaint and Demand for Jury Trial (Complaint), states and alleges as follows:

<u>STATEMENTS/ALLEGATIONS COMMON TO ALL COUNTS</u>

1. Olivia was, at all times relevant to this matter, a resident of Missoula County, Montana.

2. Upon information and belief, Defendant Trudy Zimmer (Defendant) was, at all times relevant to this matter, a resident of Sioux Falls, South Dakota.

3. The July 8, 2017 motor vehicle vs. bicycle crash at issue in this matter occurred in Missoula County, Montana.

4. Missoula County is a proper venue for this cause of action.

## COUNT I, NEGLIGENCE *PER SE*

5. Plaintiff incorporates by reference all statements and allegations set forth above as if again re-pled verbatim.

6. On or about July 8, 2017, at the intersection of Higgins Ave. and Broadway St. in Missoula, Missoula County, Montana, the Defendant committed the offense of failure to yield right of way by crashing her Jeep SUV into Olivia, who was riding her bicycle in the designated bicycle lane, causing Olivia to suffer serious personal injuries.

7. The Defendant failed to keep a lookout.

8. The Defendant breached her duty of ordinary care.

9. The Defendant failed to drive her vehicle in a careful and prudent manner.

10. The Defendant was negligent in the operation of a motor vehicle.

11. The Defendant violated one or more motor vehicle statutes in connection with the subject collision. Accordingly, the Defendant is negligent *per se*.

12. The Defendant's negligence is the proximate cause and cause in fact of Olivia's past and future special damages, including, but not limited to: Doctors' bills, hospital bills, physical therapy bills, diagnostic expenses, prescription medication costs, other healthcare and medical expenses, loss of health, and loss of functional capacity.

13. The Defendant's negligence is the proximate cause and cause in fact of Olivia's past and future general damages, including, but not limited to: Pain and

suffering, loss of enjoyment of life, loss of established course of life, and emotional distress.

14. The Defendant is liable to Olivia for damages.

## COUNT II, JANE/JOHN DOES A THROUGH Z

15. Defendants Jane/John Does A through Z consist of individuals, corporations, limited liability companies, or other entities, presently unknown, but against whom the Plaintiff may have claims, and who may be liable in whole or in part for the injuries and damages suffered by the Plaintiff. The Plaintiff reserves her right to amend this Complaint when the identity of any unknown defendant is determined.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

WHEREFORE, Plaintiff respectfully requests:

1. Judgment against Defendant to compensate Plaintiff for her past and future general and special damages, in an amount to be determined at trial.

2. Judgment against the Defendant for the costs incurred by the Plaintiff in commencing and prosecuting this action.

3. Such other and further relief as deemed just, proper and equitable by this Court or a jury.

DATED June __10__, 2020.

MacDONALD LAW OFFICE, PLLC

By: _____
Attorney for Plaintiff

//
//
//
//
//

## VERIFICATION

STATE OF MONTANA )
: ss.
County of Missoula )

Olivia Hockenbroch, being first duly sworn upon her oath, deposes and says:

That she has read this document and the factual statements and assertions set forth herein are true and accurate to the best of her knowledge and belief.

_____
Olivia Hockenbroch, Plaintiff

SUBSCRIBED AND SWORN to before me this __10th__ day of June, 2020.

_____ Daylen Egger
Notary Public

DAYLEN EGGER
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
September 24, 2023.