IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OLIVIA HOCKENBROCH, | CV 23–52–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TRUDY ZIMMER and JANE/JOHN DOES A–Z, | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 29.)  The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 10th day of June, 2024.

Dana L. Christensen, District Judge
United States District Court